FAGEN FRIEDMAN & FULFROST, LLP
Jonathan P. Read, SBN 199101
jread@f3law.com
Tiffany M. Santos, SBN 239702
tsantos@f3law.com
Shiva E. Stein, SBN 215012
sstein@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

Attorneys for ALTA LOMA SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| L.C., a minor, by and through his Guardian Ad Litem, Ausencia Cruz,<br><br>Plaintiffs,<br><br>vs.<br><br>ALTA LOMA SCHOOL DISTRICT, A Local Educational Agency,<br><br>Defendant. | CASE NO. 5:18-CV-01535-SVW-SHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH COURT'S PRIOR ORDER REGARDING REIMBURSEMENT OF ATTORNEY FEES AND COSTS AND REQUEST FOR MONETARY SANCTIONS**<br><br>Date:   April 18, 2022<br>Time:   1:30 p.m.<br>Crtrm.: 10A, 10th Floor<br>Judge:  Hon. Stephen V. Wilson |

Defendant Alta Loma School District's Motion to Compliance came on for hearing before this Court on April 18, 2022, at 1:30 p.m. After full consideration of the matter, this Court herby grants District's Motion to Compel Compliance with the Court's Order and Request for Monetary Sanctions:

IT IS THEREFORE ORDERED that Tania Whiteleather immediately render payment to District the amount of $2,784.17, payment to be made no later than _____. The Court also awards District sanctions in the amount of $6,148.00 to be paid by Whiteleather to the District on or before _____ .

Dated: _____

Hon. Stephen V. Wilson
Judge, United States District Court

368-256/6305689.1

Fagen Friedman & Fulfrost, LLP
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Main 760-304-6000 • Fax 760-304-6011